236 So.2d 502

STATE of Louisiana, Through the DEPART·
MENT OF HIGHWAYS

v.

Vincent CEFALU et al.

No. 50598.

June 26, 1970.

Writ refused. There is no error of law in the ruling complained of by this applicant.

236 So.2d 502

George ALEXANDER et al.

v.

Sarah Williams ALEXANDER.

No. 50599.

June 26, 1970.

The application is denied. There appears no error of law in the judgment complained of.